UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-405-RJC

| | |
|---|---|
| FISHER, P.A., individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) ORDER |
| BANK OF AMERICA, N.A., et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Harmeet K. Dhillon]" (document #23) filed August 24, 2020. For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: October 1, 2020

Robert J. Conrad, Jr.
United States District Judge

1