UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-405-RJC

FISHER, P.A.,                              )
individually and on behalf of all others   )
similarly situated,                        )
                                           )
                Plaintiff,                 )
                                           )
        v.                                 )
                                           )        ORDER
                                           )
BANK OF AMERICA, N.A., et al.,             )
                                           )
                Defendants.                )
_____        )

THIS MATTER comes before the Court on the "Motion for Admission Pro Hac

Vice and Affidavit [for Enu A. Mainigi]" (document #27) filed September 10, 2020.

For the reasons stated therein, the Motion is granted.

SO ORDERED.

Signed: October 1, 2020

Robert J. Conrad, Jr.
United States District Judge

1