UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-405-RJC

| | |
|---|---|
| FISHER, P.A., individually and on behalf of all others similarly situated, ) ) ) ) ) Plaintiff, ) ) v. ) ) ) BANK OF AMERICA, N.A., et al., ) ) Defendants. ) | ORDER |

**THIS MATTER** comes before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Jesse T. Smallwood]" (document #28) filed September 10, 2020. For the reasons stated therein, the Motion is granted.

**SO ORDERED**.

Signed: October 1, 2020

Robert J. Conrad, Jr.
United States District Judge

1