UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-405-RJC

| | |
|---|---|
| FISHER, P.A., individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| BANK OF AMERICA, N.A., et al., | ) ) ) |
| Defendants. | ) ) |

ORDER

**THIS MATTER** comes before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Kenneth C. Smurzynski]" (document #29) filed September 10, 2020. For the reasons stated therein, the Motion is granted.

**SO ORDERED**.

Signed: October 1, 2020

Robert J. Conrad, Jr.
United States District Judge

1