UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-405-RJC

| | |
|---|---|
| FISHER, P.A., )<br>individually and on behalf of all others )<br>similarly situated, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>BANK OF AMERICA, N.A., et al., )<br> )<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** comes before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Christopher M. Viapiano]" (document #34) filed September 25, 2020. For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: October 1, 2020

Robert J. Conrad, Jr.
United States District Judge

1