# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FISHER, P.A., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., FIFTH THIRD BANK, FIRST CITIZENS BANK & TRUST COMPANY, TRUIST BANK, WELLS FARGO BANK, N.A., COMMUNITY FIRST BANK, INC., AND FIRST CITIZENS BANCSHARES, INC.<br><br>      Defendants. | Case No. 3:20-cv-00405-RJC |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Fisher, P.A. and Defendants Bank of America, N.A., Fifth Third Bank, First Citizens Bank & Trust Company, Truist Bank, Wells Fargo Bank, N.A., and Community First Bank hereby stipulate and agree that this action be dismissed with prejudice, with each party to bear its own fees and costs.

[*Signatures appear on following page*]

Dated: January 13, 2021

/s/ T. Ryan Langley
T. Ryan Langley (N.C. Bar No. 51273)
Hodge & Langley Law Firm, PC
229 Magnolia Street
Spartanburg, SC 29306
(864) 585-3873
rlangley@hodgelawfirm.com

Harmeet K. Dhillon (*pro hac vice*)
Nitoj P. Singh (*pro hac vice*)
Dhillon Law Group Inc.
177 Post St., #700
San Francisco, CA 94108
(415) 433-1700
harmeet@dhillonlaw.com
nsingh@dhillonlaw.com

*Attorneys for Plaintiff Fisher, P.A.*

/s/ Jason D. Evans
Jason D. Evans (N.C. Bar No. 27808)
Troutman Pepper Hamilton Sanders LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
(704) 998-1502
jason.evans@troutman.com

Brendan P. Cullen (admitted *pro hac vice*)
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303-3308
(650) 461-5600
cullenb@sullcrom.com

Christopher M. Viapiano (admitted *pro hac vice*)
Sullivan & Cromwell LLP
1700 New York Ave., N.W., Suite 700
Washington, DC 20006
(202) 956-7500
viapianoc@sullcrom.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

/s/ Craig Schauer
Craig Schauer (N.C. Bar No. 41571)
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
1700 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
Telephone: (919) 573-6206
Facsimile: (336) 232-9186
cschauer@brookspierce.com

*Attorney for Defendant Community First Bank, Inc.*

/s/ Clifton L. Brinson
Michael W. Mitchell (N.C. Bar No. 16750)
Clifton L. Brinson (N.C. Bar No. 34331)
Jang H. Jo (N.C. Bar No. 35686)
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P.
2300 Wells Fargo Capitol Center
Post Office Box 2611
Raleigh, NC 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
mmitchell@smithlaw.com
cbrinson@smithlaw.com
jjo@smithlaw.com

*Attorneys for Defendants First Citizens Bank & Trust Company and First Citizens Bancshares, Inc.*

/s/ Bradley R. Kutrow
Bradley R. Kutrow
McGuireWoods LLP
201 North Tryon Street
Suite 3000
Charlotte, NC  28202
Telephone:  (704) 343-2049
Facsimile:  (704) 343-2300
bkutrow@mcguirewoods.com

*Attorney for Defendant Truist Bank*


/s/ Fielding E. Huseth
Fielding E. Huseth
Hillary C. May
James Patrick McLoughlin, Jr.
Moore & Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, NC  28202
(704) 331-3562
fieldinghuseth@mvalaw.com
hillarymay@mvalaw.com
jimmcloughlin@mvalaw.com

Enu A. Mainigi (admitted *pro hac vice*)
Kenneth C. Smurzynski (admitted *pro hac vice*)
Craig D. Singer (admitted *pro hac vice*)
Jesse T. Smallwood (admitted *pro hac vice*)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington DC  20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
emainigi@wc.com
ksmurzynski@wc.com
csinger@wc.com
jsmallwood@wc.com

*Attorneys for Defendant Bank of America, N.A.*

/s/ Victor A. Walton, Jr.
Victor A. Walton, Jr.
Vorys Sater Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, OH  45202
(513) 723-4027
vawalton@vorys.com

*Attorney for Defendant Fifth Third Bank*

-3-
Case 3:20-cv-00405-RJC    Document 56    Filed 01/13/21    Page 3 of 3